UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ANTIONE BIRTHA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LINDA T. McGREW, WAREN,<br><br>　　　　　Respondent. | NO. EDCV 12-2292-JSL(MAN)<br><br>ORDER ACCEPTING FINDINGS AND<br>RECOMMENDATIONS OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

　　　　IT IS ORDERED that: (1) the Petition is denied without prejudice; and (2) Judgment shall be entered dismissing this action without prejudice.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment
2  herein on the parties.
3
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5
6  DATED: July 22, 2013 .
7
8
                                                    _____
9                                                           J. SPENCER LETTS
                                                    UNITED STATES DISTRICT JUDGE