UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY ANTIONE BIRTHA, | ) | NO. EDCV 12-2292-JSL(MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LINDA T. McGREW, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 22, 2013.

*/s/ Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE