1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11  ANTHONY ANTIONE BIRTHA,        )        NO. EDCV 12-2292-JSL(MAN)

12              Petitioner,         )

13        v.                        )        JUDGMENT

14  LINDA T. McGREW, WARDEN,        )

15              Respondent.         )

16  _____  )

17

18        Pursuant to the Court's Order Accepting Findings and Recommendations of United States

19  Magistrate Judge,

20

21        IT IS ADJUDGED that this action is dismissed without prejudice.

22

23  DATED:   July 22, 2013  .

24

25                                        _____
                                                J. SPENCER LETTS
26                                          UNITED STATES DISTRICT JUDGE

27

28